# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OLD BALTIMORE PIKE APOTHECARY, INC., T/A SOUTHERN CHESTER COUNTY PHARMACY; and SMITH'S PHARMACY II, INC., D/B/A SMITH'S PHARMACY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOODRX HOLDINGS, INC., CVS CAREMARK CORPORATION, EXPRESS SCRIPTS HOLDING COMPANY, MEDIMPACT HEALTHCARE SYSTEMS, INC., and NAVITUS HEALTH SOLUTIONS, LLC,<br>　　　　　　　　Defendants. | Case No. 1:24-cv-00453-MSM-LDA |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs Old Baltimore Pike Apothecary, Inc., t/a Southern Chester County Pharmacy and Smith's Pharmacy II, Inc., d/b/a Smith's Pharmacy, pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(i), hereby voluntarily dismiss this lawsuit in its entirety without prejudice.

Dated: December 20, 2024					Respectfully submitted,


								*/s/ Stephen M. Prignano*
								Stephen M. Prignano (3649)
								**MCINTYRE TATE LLP**
								50 Park Row West Suite 109
								Providence, RI 02903
								(401) 351-7700
								sprignano@mcintyretate.com

								Gregory S. Asciolla (*pro hac vice*)
								Alexander E. Barnett (*pro hac vice*)
								Geralyn J. Trujillo (*pro hac vice*)
								Jonathan S. Crevier (*pro hac vice*)
								John M. Shaw (*pro hac vice*)
								**DICELLO LEVITT LLP**
								485 Lexington Avenue, Suite 1001
								New York, New York 10017
								(646) 933-1000
								gasciolla@dicellolevitt.com
								abarnett@dicellolevitt.com
								gtrujillo@dicellolevitt.com
								jcrevier@dicellolevitt.com
								jshaw@dicellolevitt.com

								Joshua H. Grabar
								**GRABAR LAW OFFICE**
								One Liberty Place
								1650 Market Street, Suite 3600
								Philadelphia, Pennsylvania 19103
								(267) 507-6085
								jgrabar@grabarlaw.com

								*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2024, this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

*/s/ Stephen M. Prignano*